IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Alexandra Denigris; Peter Denigris; Joanne Shiner; Michael Baldino; Brenda Baldino; Gayle Henrich-Corts; Freddie Cortes; Phyllis Porach; Frank Barna; Laura Barna; Quinn Jones; Stephanie McKee; Felix Dejesus; Douglas Vanheest; Marie Vanheest; Kelly Cole; David Patierno; Chester Gares; and Tracy Gares,<br>　　　　　　Plaintiff,<br>　　vs.<br>Lennar Carolinas LLC,<br>　　　　　　Defendant. | Civil Action<br><br>4:23-cv-04522-SAL<br><br><br>ORDER OF DISMISSAL |
| Troy Bishop; Jill Bishop; Dennis Sambroak<br>　　　　　　Plaintiff,<br>　　vs.<br>Lennar Carolinas LLC,<br>　　　　　　Defendant. | 4:24-cv-07271-SAL<br><br>ORDER OF DISMISSAL |

　　The Court having been advised by counsel for the parties that the above action has been settled,

　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within ninety (90) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (90) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 381-82 (1994).

　　The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within ninety (90) days from the filing date of this order.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_Sherri A. Lydon_
　　　　　　　　　　　　　　　　　　　　　　　Sherri A. Lydon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

April 28, 2025
Florence, South Carolina